RECEIVED
JUN 12 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

08-430 C

Plaintiff(s) or Petitioner(s)

______________________________

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Benjamin N. Thompson

Firm Name: Wyrick Robbins Yates & Ponton, LLP

Post Office Box: PO Drawer 17803

Street Address: 4101 Lake Boone Trail, Ste. 300

City-State-Zip: Raleigh, NC 27607-7506

Telephone & Facsimile Numbers: (919) 781-4000 (919) 781-4865

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes □ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 0 6
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ______________________________

Agency Identification Code: N A V
See attached sheet for three-digit codes.

Amount Claimed: $554,463.92
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes □ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $______________
Is plaintiff a small business? □ Yes ■ No

Vaccine Case:
Date of Vaccination: ______________

Related Cases:
Is this case directly related to any pending or previous case? □ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.