**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LB&B ASSOCIATES INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 08-430C** |
| | ) | **(Judge Hewitt)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN**
**ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 46 days, to and including Friday, September 26, 2008, within which to submit our response to the complaint. Our response is currently due on Monday, August 8, 2008. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, Benjamin N. Thompson, has represented that plaintiff, LB&B Associates, Inc., does not oppose our request.

This request is necessary because the undersigned counsel for the Government has not received the litigation report from the agency involved. Because the litigation report is essential for formulating a response to this complaint, Government counsel will be unable to respond to the complaint within the time currently provided. The additional time sought will enable the undersigned counsel to receive and to review the litigation report, to confer with agency counsel, to draft a meaningful response, and to submit it for the required review.

Additionally, the press of other matters prevents Government counsel from being able to submit the Government's response to the complaint within the time provided. During the course of the past few weeks, Government counsel has been working upon a bid protest in Career

Training Concepts v. United States, No. 08-450C (Judge Horn), a case in which the parties' opening briefs were filed on July 11, 2008, response briefs were filed on July 16, 2008, and oral argument was held on July 28, 2008. Additionally, Government counsel filed a motion to dismiss on August 1, 2008 in Veda Pryor v. United States, No. 08-408C (Judge Christine O.C. Miller) and an informal response brief in Linda Cowan v. Office of Personnel Management, No. 08-3278 (Fed. Cir.) on August 4, 2008.

For these reasons, we respectfully request that the Court grant our motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kirk Manhardt.
KIRK MANHARDT
Assistant Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7571
Fax: (202) 307-2503

August 6, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of August 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis