# In the United States Court of Federal Claims

No. 08-430 C

(E-Filed: August 6, 2008)

| | |
|---|---|
| LB&B ASSOCIATES INC., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Unopposed Motion For An Enlargement of Time to Respond to the Complaint (defendant's Motion). For the reasons contained therein, and because it is unopposed, defendant's Motion is GRANTED. Defendant shall have up to and including Friday, September 26, 2008 to file its response to plaintiff's complaint.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge