**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LB&B ASSOCIATES INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 08-430C** |
| | ) | **(Judge Hewitt)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 14 days, to and including Friday, October 10, 2008, within which to submit our response to the complaint. Our response is currently due on Friday, September 26, 2008. This is our second request for an enlargement of time for this purpose. Counsel for plaintiff, Benjamin N. Thompson, has represented that plaintiff, LB&B Associates, Inc., does not oppose our request.

This request is necessary because the press of other matters prevents Government counsel from being able to submit the response to the complaint within the time provided. Government counsel in this case is also responsible for submitting the response to the complaint in Veda Pryor v. United States, No. 08-408C (Judge Christine O.C. Miller) and National Air Cargo v. United States, No. 08-400C (Judge Horn), both of which are due on September 26, 2008. While the agency involved in this case has been working diligently since our last request for enlargement of time, undersigned Government counsel only recently received the litigation report in this case. Also, undersigned Government counsel will be away from the office from September 18, 2008 through September 22, 2008 on annual leave. Given the limitation of time

in light of the tasks remaining, it is not possible for the Government to submit the response to the complaint in the time currently provided.

For these reasons, we respectfully request that the Court grant our motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kirk Manhardt.
KIRK MANHARDT
Assistant Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7571
Fax: (202) 307-2503

September 17, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 17th day of September 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis